# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDRA DICKERSON o/b/o Minor W.E.T.,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:22-cv-01217-SAB<br><br>ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 6, 15) |

On February 3, 2023, the parties submitted a stipulated request for an extension of time, which the Court construes as a stipulated motion to modify the scheduling order. (ECF No. 15.) The parties seek an extension of time to file Plaintiff's opening brief from February 6, 2023, to March 8, 2023. This is Plaintiff's first request for an extension. The parties proffer good cause exists because counsel for Plaintiff has several merits briefs due on the same week, as well as reply and EAJA related motions that are due. The Court is satisfied that good cause exists to grant the requested extension.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulated motion to modify the schedule (ECF No. 15) is GRANTED;
2. Plaintiff shall have until **March 8, 2023**, to file the opening brief; and

///

3. All remaining deadlines as set forth in the scheduling order (ECF No. 6) shall be modified accordingly.

IT IS SO ORDERED.

Dated: **February 3, 2023**

_____
UNITED STATES MAGISTRATE JUDGE